**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARCUS FIELDS,                                                                      PLAINTIFF
ADC # 150118

v.                                                  4:11-cv-00719-SWW

CAROL WEBB,
Razorback Cab Company; *et al.*                                          DEFENDANTS

<u>**TRANSFER ORDER**</u>

Mr. Fields, an inmate in the East Arkansas Regional Unit of the Arkansas Department of Correction, filed this action *pro se* pursuant to 42 U.S.C. § 1983.  It appears, however, that the defendants named in the Complaint are residents of Sebastian County, Arkansas, and that the events giving rise to Plaintiff's claim occurred in Sebastian County.  (Doc. No. 1.)  Our federal venue statute provides that in cases not based on diversity of citizenship, venue is proper in "a judicial district where any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred[.]" 28 U.S.C. § 1391 (West 2006).

Sebastian County is in the Fort Smith Division of the United States District Court for the Western District of Arkansas.  The Court finds that the interest of justice will best be served by transferring the case there.  This case is, therefore, immediately transferred to the United States District Court for the Western District of Arkansas, Fort Smith Division.

IT IS SO ORDERED this 4th day of October 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE